UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MOHAMMED SABRA ABDU,

Petitioner,

v.

JOHN ASHCROFT, Attorney General, and
CURTIS J. ALJETS, District Director INS,

Respondents.

Civil No. 02-349 (PAM/AJB)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY HABEAS CORPUS SHOULD NOT BE GRANTED**

Petitioner, who is being detained by the United States Immigration and Naturalization Service at the Minnesota Correctional Facility in Rush City, Minnesota, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Respondents are directed to make a return in writing within 20 days from the date of this Order. The return shall certify the true reason(s) for Petitioner's confinement and shall show cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's confinement in light of the issues raised in the petition;

2. A reasoned memorandum of law and fact fully stating Respondents' legal position, which shall include a recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition, in light of the requirements of statutes and other pertinent authority; and

3. Certified copies of all court documents, administrative records, or other written materials that are germane to the issues raised in the petition.

FILED FEB 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D ________
DEPUTY CLERK ________

The Court will entertain a motion to grant the relief requested in the Petition if the written return contemplated by this Order is not timely filed.

Based on the foregoing, and all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT** Respondents shall file a written return to Petitioner's habeas corpus petition consistent with the requirements of this order within 20 days from the date of this order.

Dated: February 11th, 2002

Arthur J. Boylan
United States Magistrate Judge