UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

SABRA ABDU MOHAMMED,

Petitioner,

v.

CURTIS J. ALJETS, District Director,
Immigration and Naturalization Service,
and JOHN ASHCROFT,
U.S. Attorney General,

Respondents.

Civil No. 02-349 (JEL/AJB)

**ORDER**

THIS MATTER is before the undersigned United States Magistrate Judge on Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241. Respondents recently filed a supplemental return, (Docket Nos. 17-20), which indicates that Petitioner was scheduled to have another "Zadvydas review" in late September or early October of 2002. The supplemental return also indicates that Respondents expected that a new application for travel documents for Petitioner would be completed by October 11, 2002. After reviewing the information provided in Respondents' supplemental return (and Petitioner's response to it), the Court finds that a further report from Respondents may aid the resolution of this matter.

Now therefore, based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

On or before November 15, 2002, Respondents shall advise the Court in writing as to (a) the outcome of the Zadvydas review referred to in their supplemental return, and (b) the current status of the INS's effort to remove Petitioner from the United States.

Dated: October 16th, 2002

ARTHUR J. BOYLAN
United States Magistrate Judge