UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sabra Abdu Mohammed,

Petitioner,

v.

Civ. No. 02-349 (JEL/AJB)
ORDER

John Ashcroft, United StatesAttorney General,
and Curtis J. Aljets, District Director,
Immigration and Naturalization Service,

Respondents.

This matter is before the Court on a Report and Recommendation issued by the Honorable Arthur J. Boylan, United States Magistrate Judge, on January 29, 2003. The Magistrate Judge recommended that Respondents' motion to dismiss be granted, that Petitioner's application for a writ of habeas corpus be denied, and that the action be dismissed. Petitioner has filed objections to the Report and Recommendation. *See* D. Minn. R. 72.1(c)(2). The Court has conducted a de novo review of the record. Based on that review, the Court adopts the Magistrate Judge's Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Respondents' motion to dismiss [Docket No. 5] is GRANTED.

2. Petitioner's application for a writ of habeas corpus [Docket No. 1] is DENIED.

3. This action is DISMISSED.

Dated: March 6, 2003

JOAN ERICKSEN LANCASTER
United States District Judge

MAR 0 6 2003
RICHARD D. SLETTEN, CLERK
FILED
JUDGMENT ENTERED
RICHARD D. SLETTEN, CLERK
DEPUTY CLERK'S INITIALS
JUDGMENT ENTERED MAR 0 6 2003
DEPUTY CLERK'S INITIALS

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.